| | | |
|---|---|---|
| People v Vartholomeou | 2d Dept: 147 AD3d 875 (Queens) | denied 5/10/17 (Stein, J.) |
| People v Vasquez | App Div, 4th Dept, 12/12/16 (Ontario) | denied reconsideration 5/2/17 (Stein, J.) |
| People v Victorino | 1st Dept: 148 AD3d 440 (Bronx) | denied 5/26/17 (Wilson, J.) |
| People v Villafuerte | 1st Dept: 149 AD3d 414 (Bronx) | denied 5/25/17 (Garcia, J.) |
| People v Villegas | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 137(A) (Queens) | denied 5/1/17 (Garcia, J.) |
| People v Virdree | 1st Dept: 147 AD3d 594 (NY) | denied 5/3/17 (Garcia, J.) |
| People v Waiters | 1st Dept: 148 AD3d 494 (NY) | denied 5/25/17 (Garcia, J.) |
| People v Warrington (Brandon) | 3d Dept: 146 AD3d 1233 (Warren) | denied 5/25/17 (Wilson, J.) |
| People v Warrington (Walter) | App Term, 1st Dept: 54 Misc 3d 144(A) (Bronx) | denied 5/1/17 (Garcia, J.) |
| People v Weatherbee | 4th Dept: 147 AD3d 1526 (Genesee) | denied 5/11/17 (Rivera, J.) |
| People v White | 2d Dept: 147 AD3d 876 (Kings) | denied 5/4/17 (Rivera, J.) |
| People v Williams (Craig) | 2d Dept: 150 AD3d 902 (Suffolk) | denied 5/31/17 (Stein, J.) |
| People v Williams (Dennis) | 1st Dept: 147 AD3d 502 (NY) | denied 5/17/17 (Garcia, J.) |
| People v Williams (Eric) | 1st Dept: 148 AD3d 592 (Bronx) | denied 5/11/17 (Rivera, J.) |
| People v Williams (Javell) | 2d Dept: 146 AD3d 996 (Kings) | denied 5/15/17 (Wilson, J.) |
| People v Williams (Michael) | 2d Dept: 147 AD3d 983 (Dutchess) | denied 5/12/17 (Fahey, J.) |
| People v Wilner | 2d Dept: 145 AD3d 919 (Nassau) | denied 5/16/17 (Wilson, J.) |
| People v Winston | 1st Dept: 147 AD3d 587 (NY) | denied 5/4/17 (Rivera, J.) |
| People v Wisniewski | 4th Dept: 147 AD3d 1388 (Orleans) | denied 5/8/17 (Stein, J.) |
| People v Witherspoon | 2d Dept: 147 AD3d 985 (Queens) | denied 5/8/17 (DiFiore, Ch. J.) |
| People v Wolfgeorge | App Term, 1st Dept: 54 Misc 3d 145(A) (NY) | denied 5/24/17 (Fahey, J.) |
| People v Yeldon | App Div, 4th Dept, 1/27/17 (Erie) | dismissed 5/26/17 (Rivera, J.) |
| People v Yorke | 2d Dept: 145 AD3d 920 (Suffolk) | denied 5/15/17 (Wilson, J.) |
| People v Zelaya | 2d Dept: 147 AD3d 986 (Suffolk) | denied 5/22/17 (Wilson, J.) |